# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08-00253 |
| | ) | Judge Trauger |
| JOSHUA BRIAN WESTMORELAND | ) | |
| | ) | |

## O R D E R

It is hereby **ORDERED** that this revocation proceeding is **RESET** for hearing on Thursday, December 5, 2013, at 3:30 p.m.

It is so **ORDERED**.

ENTER this 14th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge